IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIE NIVEN-HIMES,<br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PENNSYLVANIA HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, *et al.,*<br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 2:20-cv-00558-JMG |

## ORDER

**AND NOW**, this 15th day of November, 2021, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 24), Plaintiff's Response in Opposition to Summary Judgment (ECF No. 29-1), Defendants' Reply in Support of Its Motion for Summary Judgment (ECF No. 34), and Defendants' Addendum to Motion for Summary Judgment (ECF No. 40), **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 24), is **DENIED IN PART** and **GRANTED IN PART** as follows:

1. The Motion is **DENIED** with regard to Count I (ADEA Discrimination), Count II (ADA Discrimination), (ADA Failure to Accommodate), (ADA Hostile Work Environment), and claims related to the foregoing under the PHRA and PFPO.

2. The motion is **GRANTED** with regard to Count II (ADA Retaliation), Count III (FMLA Retaliation and FMLA Interference), and claims related to the foregoing under the PHRA and PFPO.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　United States District Court Judge